Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __HARRISON GASTON__,
Debtor

Case No __07-22312__

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274.00__ in installments

2. I am unable to pay the filing fee except in installments

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case

4. I propose the following terms for the payment of the Filing Fee *

   $__69.00__    Check one ☒ With the filing of the petition, or
                                   ☐ On or before __12/10/07__

   $__100.00__ on or before __12/26/07__

   $__105.00__ on or before __1/16/08__

   $_____ on or before _____

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    ___[signature]___    __11/29/07__
Signature of Attorney         Date        Signature of Debtor    Date
                                          (In a joint case, both spouses must sign)

_____
Name of Attorney

                                          _____
                                          Signature of Joint Debtor (if any)

[FILED stamp: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS, NOV 29 2007, KENNETH S. GARDNER, DEPUTY CLERK]

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____ Illinois _____

In re  HARRISON GASTON
_____,
         Debtor

Case No  07-22312

Chapter _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐  With the filing of the petition, or
                                ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case

BY THE COURT

Date: **NOV 29 2007**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_United States Bankruptcy Judge_