UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 22312
   HARRISON R GASTON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-1165
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 11/29/07 .

    2. The case was dismissed without confirmation, 01/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:
---

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID     | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID      | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID         | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR              , was allowed $     .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .



    Dated: 04/16/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 22312 HARRISON R GASTON